# MINUTE ORDER OF THE UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

Case Name: **COTT JR. v. LAROSE** Case Number: **3:26-cv-04405-CAB-AHG**

Hon. Cathy Ann Bencivengo Ct. Deputy Lori Hernandez Rptr Tape: N/A

For the reasons stated on the record, Petitioner Luis Gonzalo Cott Jr.'s Petition is **DENIED WITHOUT PREJUDICE**. The Clerk of Court shall close the case.

Date: August 18, 2026 Initials: REO